IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:11CB09-TDT |
| | ) | Violation Number 2304808-NE14 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NOEL BONILLA, | ) | |
| | ) | |
| Defendant. | ) | |

On the motion of the United States Attorney's Office (Filing No. 19), the hearing set for December 27, 2011, is continued until January 31, 2012, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED this 21st day of December, 2011

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge